UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20936-CIV-GOLD/McALILEY

ALEXANDER ESPINOSA, MICHAELS
DECORATION, INC., and MICHAELS
DECORATIONS, INC. PENSION PLAN,
    Plaintiffs,

v.

PACIFIC LIFE INSURANCE COMPANY,
    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court *sua sponte*. Defendant's counsel has informed the Court that the parties have reached a settlement. Accordingly, it is hereby

ORDERED AND ADJUDGED:

1. This case is ADMINISTRATIVELY CLOSED.

2. The parties are instructed to file an appropriate Stipulation of Settlement closing this matter within twenty (20) days of entry of this Order.

3. All pending motions are DENIED AS MOOT and all hearings are CANCELLED.

DONE and ORDERED in Chambers in Miami, Florida this 3rd day of March, 2009.

                                                   HONORABLE ALAN S. GOLD
                                                   U.S. DISTRICT JUDGE

cc:
Counsel of record
Magistrate Judge Chris M. McAliley